FERDINAND H. PEASE, petitioner-cross-defendant, respondent,

*v.*

BLANCHE L. PEASE, defendant-cross-petitioner, appellant.

[Submitted May term, 1935. Decided October 9th, 1935.]

*Mr. William C. Kronmeyer,* for the appellant.

*Messrs. Osborne, Cornish & Scheck,* for the respondent.

PER CURIAM.

This is an appeal from a decree dismissing the cross-petition of the defendant and allowing a divorce to her husband on the ground of desertion.

We have carefully examined the proofs adduced before the learned advisory master. Since they abundantly support his conclusions, the decree will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.